People v Torres (2025 NY Slip Op 03517)

People v Torres

2025 NY Slip Op 03517

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, MONTOUR, AND KEANE, JJ. (Filed June 6, 2025.)

MOTION NO. (738/15) KA 13-00827.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
VINCENT TORRES, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.